**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | **8:21CR292** |
| vs. | |
| **CAMERON ALEXANDER, and MALIK BRAGG,** | **ORDER** |
| Defendants. | |

This matter is before the Court on defendant, Cameron Alexander's Unopposed Motion to Continue Trial (Filing No. 194) and defendant, Malik Bragg's Unopposed Motion to Continue Trial (Filing No. 195). After conferring with counsel for the parties, and upon the oral motions by the defendants for the setting of status conferences and removal of the case from the trial docket, the undersigned magistrate judge finds good cause to grant a continuance of the trial. Accordingly,

IT IS ORDERED:

1) Defendants' oral motions for the setting of status conferences and removal of the case from the trial docket are granted.

2) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 26, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3) A telephonic status conference with counsel for the government and defendant, Cameron Alexander will be held before the undersigned magistrate judge at **10:00 a.m. on October 26, 2023**. Counsel for the parties shall use the conferencing instructions provided by the Court to participate in the call.

4) A telephonic status conference with counsel for the government and defendant, Malik Bragg will be held before the undersigned magistrate judge at **10:15 a.m. on October 26, 2023**. Counsel for the parties shall use the conferencing instructions provided by the Court to participate in the call.

5) Defendant, Cameron Alexander's Unopposed Motion to Continue Trial (Filing No. 194) and defendant, Malik Bragg's Unopposed Motion to Continue Trial (Filing No. 195) are granted. The trial of this case is continued pending further order of the Court.

Dated this 23rd day of August, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge