IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> CAMERON ALEXANDER, <br><br> Defendant. | 8:21-CR-292 <br><br><br><br> ORDER |

On April 16, 2026, the Government filed a Motion for Emergency Stay and For Review for Revocation of a Release Order, Filing 367, requesting that the Court stay an April 16, 2026, order of a United States Magistrate Judge in the Western District of Wisconsin releasing the defendant from custody and that the Court conduct a *de novo* review of the magistrate judge's release order. That same day, the Court stayed the magistrate judge's order to allow the Court time to conduct a *de novo* review of the release order. Filing 369. The Court ordered counsel for the defendant to file a response to the Government's Motion for Review for Revocation of Release Order, the portion of Filing 367 that still remains pending following the Court's order granting the stay. Filing 369 at 2. The Court subsequently granted defense counsel's motion for an extension of the response deadline, and defense counsel's response is now due on or before May 1, 2026. Filing 372 (Text Order).

Counsel for the Government has represented to the Court that the United States Marshals Service requires an order from the Court to begin the process of transporting the defendant to Omaha, Nebraska, for further proceedings in this case. Accordingly,

IT IS ORDERED:

1. The United States Marshals Service shall transport defendant Cameron Alexander to Omaha, Nebraska.

2. Upon arrival in the District of Nebraska, the United States Marshals Service shall immediately notify the United States Attorney, the Federal Public Defender, and the Clerk of Court for the District of Nebraska of the defendant's arrival.

3. Pursuant to the Court's order at Filing 369, the magistrate judge's April 16, 2026, order granting the defendant release remains stayed pending the Court's ruling on the Government's Motion for Review for Revocation of a Release Order, Filing 367.

Dated this 24th day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge