IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| | **8:21-CR-292** |
| vs. | |
| CAMERON ALEXANDER, | **ORDER** |
| Defendant. | |

On April 16, 2026, the Government filed a Motion for Emergency Stay and For Review for Revocation of a Release Order, Filing 367, requesting that the Court stay an April 16, 2026, order of a United States Magistrate Judge in the Western District of Wisconsin releasing the defendant from custody and that the Court conduct a *de novo* review of the magistrate judge's release order. That same day, the Court stayed the magistrate judge's order to allow the Court time to conduct a *de novo* review of the release order. Filing 369. The Court ordered counsel for the defendant to file a response to the Government's Motion for Review for Revocation of Release Order, the portion of Filing 367 that still remains pending following the Court's order granting the stay. Filing 369 at 2. The Court ordered that counsel for the Government may file a written reply by 5:00 p.m. CDT the next business day after the defendant filed his response. Filing 369 at 2.

Counsel for the defendant timely filed a response on May 1, 2026. Filing 379. That same day, counsel for the Government filed a Motion for Extension of Time to File Reply, Filing 376, seeking two additional days to file the Government's reply brief. Counsel for the Government represents that an extension would be appropriate because counsel recently needed to address other

1

time sensitive matters and because additional time would allow counsel to better "review the pertinent material, analyze [the defendant's] prospective arguments, and reply accordingly." Filing 376 at 1. The Government's motion is unopposed. Filing 376 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that the Government's Motion for Extension of Time to File Reply, Filing 376, is granted. Counsel for the Government shall have up to and including May 6, 2026, to file a written reply.

Dated this 4th day of May, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

2